**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NATIONAL PHOTO GROUP, LLC**, a California limited liability company,

Plaintiff,

vs.

**REV NEW MEDIA, INC.**, a California corporation and **DOES 1-10**, inclusive,

Defendants.

Case No. 2:12-cv-04596-R-MAN

**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

Before the Court is the Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY ORDERED that the above-captioned action and all claims therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: Jan. 22, 2013

The Hon. Manuel Real
UNITED STATES DISTRICT JUDGE

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108